IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA GERARD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-1944 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
| Defendant. | § | |

**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S**
**CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

Defendant Hartford Life and Accident Insurance Company files this Certificate of Disclosure of Interested Parties pursuant to this Court's Order for Conference, and hereby designates the following parties who are financially interested in the outcome of this litigation:

1.      Plaintiff Cynthia Gerard (and her attorneys of record).

2.      Defendant Hartford Life and Accident Insurance Company is wholly owned by Hartford Life, Inc.  Hartford Life, Inc. is wholly owned by Hartford Holdings, Inc.  Hartford Holdings, Inc. is wholly owned by The Hartford Financial Services Group, Inc., a publicly traded corporation.  The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation.  No publicly held corporation currently owns ten percent (10%) or more of its common stock.

Respectfully submitted,


*/s/ Lisa Magids*
_____

Lisa Magids
Texas State Bar No. 24002600
USDC Southern District of Texas No. 22023
SEDGWICK LLP
919 Congress Ave., Suite 1250
Austin, Texas 78701
Telephone: (512) 481-8479
Facsimile:  (512) 481-8444
Email:  lisa.magids@sedgwicklaw.com

**ATTORNEYS FOR DEFENDANT
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

This is to certify that on July 24, 2015, I caused to be electronically filed the foregoing Certificate with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record, as listed below:

*Via E-filing thru CM/ECF*
Marc S. Whitehead
J. Anthony Vessel
MARC WHITEHEAD & ASSOCIATES
5300 Memorial Dr., Suite 725
Houston, TX  77007

*/s/ Lisa Magids*
_____
LISA MAGIDS