ATTORNEYS AT LAW
919 CONGRESS AVENUE, SUITE 1250   AUSTIN, TEXAS  78701-2114

www.sedgwicklaw.com   512.481.8400 *phone*   512.481.8444 *fax*



*Lisa Magids*
*(512) 481-8479*
*lisa.magids@sedgwicklaw.com*

October 19, 2015

The Honorable Frances H. Stacy
United States Magistrate Judge
P.O. Box 61010
Houston, TX  77208

**ATTN:**  Beverly White, Case Manager

Re: Civil Action No. 4:15-cv-01944; *Cynthia Gerard v. Hartford Life and Accident Insurance Company*; in the United States District Court for the Southern District of Texas, Houston Division
File No.: 02489-000312

Dear Judge Stacy:

I am counsel for Defendant Hartford Life and Accident Insurance Company.  The initial pretrial and scheduling conference is currently scheduled for 10:00 a.m. on November 3, 2015.  I am requesting permission to appear on behalf of Defendant via telephone.  I have consent from Plaintiff's counsel to appear by telephone, if allowed.

Thank you for your consideration of this request.

Regards,

Lisa Magids
Sedgwick LLP


cc:  Marc Whitehead via Email
     Anthony Vessel via Email
     Courtesy Copy to Judge Stacy via Facsimile pursuant to 3(b) of posted Procedures Manual

82272031v1