IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA GERARD, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-01944 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
|     Defendant. | § | |

## DEFENDANT'S NOTICE OF INITIAL DISCLOSURES UNDER RULE 26(a)(1)

COMES NOW Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and files this Notice of Initial Rule 26 Disclosures. Defendant would respectfully advise the Court that, on the same date as the filing of this Notice, Defendant's Initial Rule 26 Disclosures were sent by both facsimile and U.S. First Class mail to the attorneys of record for Plaintiff Cynthia Gerard.

Respectfully submitted,

    */s/ Lisa Magids*
Lisa Magids
Texas State Bar No. 24002600
S.D. TX No. 22023
SEDGWICK LLP
919 Congress Ave., Suite 1250
Austin, TX  78701
(512) 481-8479
(877) 547-2801 - facsimile
lisa.magids@sedgwicklaw.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I certify that on November 13, 2015, I caused to be electronically filed the foregoing Notice with the Clerk of the Court through its CM/ECF system which will send notification of such filing to all counsel of record, as listed below:

      Marc Whitehead
      MARC WHITEHEAD & ASSOCIATES,
        ATTORNEYS AT LAW, LLP
      5300 Memorial Dr., Suite 725
      Houston, TX  77007

                                    */s/ Lisa Magids*
                                LISA MAGIDS